No. 47127.—Protests 994977–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47128.—Protests 818182–G, etc., of Amer. Sponge & Chamois Co., Inc., et al. (New York).

. Opinion by Walker, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, April 29, 1942.

No. 47129.—Protests 957981–G, etc., of New Victoria Importing Co. (Los Angeles).

Opinion by Kincheloe, J. It was stipulated that the rugs in question are similar in all material respects to the cotton rugs the subject of Abstracts 34621 and 35549. In accordance therewith certain of the articles in question were held dutiable at 35 percent under paragraph 921, and others at 20 percent under paragraph 921 and T. D. 47600 as claimed.

No. 47130.—Protests 844936–G, etc., of Adlanco X-Ray Corp. et al. (New York).

Opinion by Dallinger, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, April 29, 1942

No 47131.—Protest 955056–G of Atlas Marine Supply Co. (Los Angeles).

Opinion by Keefe, J. At the trial it was stipulated that the merchandise in question consists of cylindrical and tubular tanks or vessels and that they are the same in all material respects as those passed upon in *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165). In accordance therewith the drums in question were held entitled to free entry under. section 309 (a), Tariff Act of 1930, amended by section 5 (a), Customs Administrative Act of 1938.